Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA 216931)
gregory.korman@kattenlaw.com
Paul A. Grammatico (CA 246380)
paul.grammatico@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
515 S. Flower St., Suite 1000
Los Angeles, CA 90071-2212
Telephone: 213.443.9017
Facsimile: 213.443.9001

Attorneys for Defendant, Allied Interstate, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| CLIFFORD J. BOURGEOIS,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, LLC,<br><br>Defendant. | Case No. 17-cv-1881-GPC-AGS<br>Hon. Gonzalo P. Curiel<br><br>**Allied Interstate, LLC's Answer to Complaint**<br><br><br><br>Complaint Filed:   September 14, 2017 |
|---|---|

Defendant, Allied Interstate, LLC ("Allied"), through counsel, answers the Complaint ("Complaint") filed by plaintiff, Clifford J. Bourgeois ("Plaintiff"), for itself and no other defendant, as follows:

## NATURE OF THIS CLAIM/COMPLAINT

1. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

2. Allied admits that Plaintiff seeks monetary damages but denies that he is entitled to them.

## JURISDICTION AND VENUE

3. Allied admits the Court has federal question jurisdiction over the case.

4. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

5. Allied admits that venue is proper.

## PARTIES

6. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

7. Allied admits it is a Minnesota limited liability company qualified to do business in California.

8. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

9. Allied admits it is a wholly owned subsidiary of iQor. As to the remaining allegations, Allied lacks sufficient information to admit or deny and on that basis denies.

## FACTUAL ALLEGATIONS

10. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

11. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

|   |   |
|---|---|
| 1 | 12.    Allied lacks sufficient information to admit or deny the allegations in this |
| 2 | paragraph and on that basis denies. |
| 3 | 13.    Allied lacks sufficient information to admit or deny the allegations in this |
| 4 | paragraph and on that basis denies. |

12. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

13. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

14. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

15. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

16. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

17. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

18. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

19. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

20. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

21. Allied denies the allegations in this paragraph.

22. Allied denies the allegations in this paragraph.

23. Allied lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies.

24. The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is required, Allied denies.

25. The allegations in this paragraph are legal conclusions to which no response is required. To the extent a response is required, Allied denies.

## FIRST CAUSE OF ACTION

### (Violations of the TCPA)

26. Allied re-alleges and incorporates paragraphs 1 through 25 above as if fully set forth herein.

27. Allied denies the allegations in this paragraph.

## SECOND CAUSE OF ACTION

### (Violations of the TCPA)

28. Allied re-alleges and incorporates paragraphs 1 through 27 above as if fully set forth herein.

29. Allied denies the allegations in this paragraph.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

### (Consent)

1. For its first affirmative defense to all causes of action alleged in the Complaint, Allied alleges that the TCPA claims are barred by the doctrine of consent.

### Second Affirmative Defense

### (Good Faith Defense)

2. For its second affirmative defense, Allied alleges it had a good-faith basis to believe that the recipient of calls at the phone number identified in the complaint had provided consent to the creditors on whose behalf Allied sought to collect a debt.

## ADDITIONAL POTENTIAL AFFIRMATIVE DEFENSES

Allied reserves the right to amend this Answer and/or allege additional affirmative defenses after conducting further discovery, investigation, research, and analyses.

## PRAYER FOR RELIEF

WHEREFORE, Allied prays for relief as follows:

1. That Plaintiff takes nothing by way of the Complaint;
2. That judgment be entered in favor of Allied and against Plaintiff;

1     3.     That Allied be awarded its costs of suit incurred herein;

2     4.     Any other relief the Court deems appropriate.

Dated: October 10, 2017         **KATTEN MUCHIN ROSENMAN LLP**
                                        Stuart M. Richter
                                        Gregory S. Korman
                                        Paul A. Grammatico


By:    /s/Paul A. Grammatico
        Attorneys for Defendant,
        Allied Interstate, LLC

CERTIFICATE/PROOF OF SERVICE
*Clifford J. Bourgeois v. Allied Interstate, LLC, et al.*
**USDC, Southern, Case No. 17-cv-1881-GPC-AGS**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 100 Spectrum Center Drive West, Suite 1050, Orange, CA 92618-6821. On October 11, 2017, I served the foregoing document described as **ALLIED INTERSTATE, LLC'S ANSWER TO COMPLAINT** as follows:

| X | I electronically filed the foregoing document using the CM/ECF system which automatically sends notification of such filing to all counsel of record and or parties in this case. |
|---|---|

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 11, 2017 at Los Angeles, California.

                                         /s/ Maria Garcia
                                     MARIA GARCIA